# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5048** **September Term, 2026**

**1:25-cv-00795-TSC**

**Filed On:** September 24, 2026

Cynthia Catherine Price, also known as Cynthia Ballenger and Christopher John Price, also known as Christopher Price,

Appellants

v.

United States of America, et al.,

Appellees

**BEFORE:** Pillard, Katsas, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the motion to reconsider the court's order filed on July 9, 2026, it is

**ORDERED** that the motion be denied.

The Clerk is directed to enter a new briefing schedule.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk